**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1140**

---

KATRINA-TOYA: HAMPTON,

Plaintiff - Appellant,

v.

WELLS FARGO BANK, N.A.; CHARLES W. SCHARF,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:24-cv-00745-PX)

---

Submitted:  June 12, 2025                                    Decided:  June 16, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Katrina Toya Hampton, Appellant Pro Se.  Hillary V. Colonna, Sarah E. Meyer, WOMBLE BOND DICKINSON (US) LLP, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katrina Toya Hampton appeals the district court's order dismissing her claims alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692; for embezzlement under 18 U.S.C. § 641; and alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681. The district court dismissed Hampton's claims with prejudice for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hampton v. Wells Fargo Bank, N.A.*, No. 8:24-cv-00745-PX (E.D. Md., Jan. 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*